**ORIGINAL**

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON  1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant (02)
 RICARDO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00155-02 SOM |
| Plaintiff, ) | EX PARTE MOTION FOR APPOINTMENT OF SPANISH TRANSLATOR; DECLARATION OF COUNSEL; ORDER GRANTING EX PARTE MOTION FOR APPOINTMENT OF SPANISH TRANSLATOR; CERTIFICATE OF SERVICE |
| vs. ) | |
| RICARDO GONZALEZ, (02), ) | |
| Defendant. ) | |
| ) | Sentencing: January 30, 2006 |
| ) | Time: 3:00 p.m. |
| ) | Judge: SUSAN OKI MOLLWAY |

**EX PARTE MOTION FOR APPOINTMENT OF SPANISH TRANSLATOR**

Comes now Defendant RICARDO GONZALEZ, by and through his CJA court-appointed attorney, JERRY I. WILSON, and pursuant to 18 U.S.C. §3006A, hereby moves this Court <u>ex parte</u> for the appointment of a Spanish language translator in order to interpret letters written in Spanish from the Defendant's relatives and others for purposes of Sentencing.

This motion is based on the declaration attached, the pleadings and records on file herein, and such other and further matters which may be considered by the Court.

DATED: Honolulu, Hawaii, _____ JAN 10 2006 _____.

_____
JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00155(2) SOM |
| Plaintiff, | ) ) ) | DECLARATION OF COUNSEL |
| vs. | ) ) | |
| RICARDO GONZALEZ (02), | ) ) | |
| Defendant. | ) ) ) ) ) ) | |

## DECLARATION OF COUNSEL

I, JERRY I. WILSON, declare as follows:

1. That I am the CJA court-appointed attorney for the Defendant and have personal knowledge of the matters hereinafter stated except as otherwise indicated; that Mr. Gonzalez's Sentencing is set for Monday, January 30, 2006, at 3:00 p.m.

2. That I have received several letters from the Defendant's relatives and others which are written in the Spanish language and need to be interpreted for the Court, the Probation Officer and, of course, Mr. Sorenson, and thus I need the services of a Spanish translator (Mr. Gonzalez speaks good English but cannot legally translate the letters for the Court or others, in my opinion).

3. That on Monday, January 9, 2006, Assistant U.S. Attorney Ken Sorenson stated that he had no objection to this ex parte motion (Ms. Godinet also had no objection).

THAT DECLARANT DECLARES UNDER PENALTY OF PERJURY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF DECLARANT'S KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, JAN 10 2006                    .

                              /s/ Jerry I. Wilson
                              JERRY I. WILSON
                              Attorney for Defendant
                              RICARDO GONZALEZ (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00155(02) SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE MOTION |
| | ) | FOR APPOINTMENT OF SPANISH |
| vs. | ) | TRANSLATOR |
| | ) | |
| RICARDO GONZALEZ (02), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING EX PARTE MOTION**
**FOR APPOINTMENT OF SPANISH TRANSLATOR**

Upon review of the Ex Parte Motion For Appointment Of Spanish Translator; Declaration of Counsel; and

Good cause appearing therefor,

IT IS HEREBY **ORDERED** that the motion is **GRANTED**. A Spanish language translator shall be appointed in this case to translate letters from Spanish to English for purposes of Mr. Gonzalez's Sentencing.

DATED: Honolulu, Hawaii, _____1/12/06_____.

_____
Judge of the Above-Entitled Court

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

**KENNETH M. SORENSON**
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii  96850

Attorney for Plaintiff
  UNITED STATES OF AMERICA

**MONA L. GODINET**
United States Probation Office
PJKK Federal Building, Room C-110
300 Ala Moana Boulevard, Box 50111
Honolulu, Hawaii  86850

U.S. Probation Officer

DATED:   Honolulu, Hawaii,   JAN 10 2006                      .

JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)