Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
 RICARDO GONZALEZ (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00155(02)SOM |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| vs. | ) | DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE, AND ORDER; CERTIFICATE OF SERVICE |
| RICARDO GONZALEZ  (02), | ) | |
| Defendant. | ) | |
| | ) | OLD SENTENCING DATE:   January 30, 2006, at 3:00 p.m. |
| | ) | NEW SENTENCING DATE:   March 2, 2006, at 2:15 p.m. |
| | ) | Honorable SUSAN OKI MOLLWAY |

**STIPULATION TO CONTINUE
DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE**

The UNITED STATES OF AMERICA and Defendant RICARDO GONZALEZ, by and through their respective attorneys, hereby stipulate and agree that the Sentencing Date previously set for Monday, January 30, 2006, at 3:00 p.m., before the Honorable SUSAN OKI MOLLWAY, be continued to Thursday, March 2, 2006, at 2:15 p.m., for the reason that counsel require additional time to consider and otherwise prepare for same.

The government, through its attorney, has stated that it has no objection to this continuance.

DATED: Honolulu, Hawaii, JAN 2 7 2006.

_____
JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)

_____
KENNETH M. SORENSON
Assistant U. S. Attorney

APPROVED AND SO ORDERED:

_____
SUSAN OKI MOLLWAY
Judge of the Above-Entitled Court

United States of America vs. Ricardo Gonzalez, Cr. No. 05-1-00155(02)SOM; STIPULATION TO CONTINUE DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE, AND ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing will be duly mailed or delivered to the following person at his last known address upon filing and receipt of said document:

**KENNETH M. SORENSON**
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii  96850

Attorney for Plaintiff
  UNITED STATES OF AMERICA

**MONA L. GODINET**
United States Probation Office
PJKK Federal Building, Room C-110
300 Ala Moana Boulevard, Box 50111
Honolulu, Hawaii  86850

U.S. Probation Officer

DATED:  Honolulu, Hawaii, _____JAN 27 2006_____.

_____
JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)