EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00155-02 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO |
| | ) | CONTINUE SENTENCING; |
| vs. | ) | ORDER |
| | ) | |
| RICARDO GONZALEZ,   (02) | ) | Old Date:  3/9/06 @ 3:00 p.m. |
| | ) | New Date:  3/30/06 @ 2:15 p.m. |
| Defendant. | ) | |
| | ) | |

STIPULATION TO CONTINUE SENTENCING

　　　　　IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America and the Defendant, Ricardo Gonzalez, by and through his respective attorney, Jerry Wilson, Esq., hereby agree and stipulate, and request that the Court approve a continuance of the sentencing date in this case currently set for

March 9, 2006 at 3:00 p.m. to March 30, 2006 at 2:15 p.m. before the Honorable Susan Oki Mollway.

DATED:  March 22 , 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Kenneth M. Sorenson
  KENNETH M. SORENSON
  Assistant U.S. Attorney


  /s/ Jerry Wilson
  JERRY WILSON, ESQ.
  Attorney for Defendant


IT IS SO ORDERED.

DATED: Honolulu, Hawaii; March 23, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge


USA v. RICARDO GONZALEZ
Cr. No. 05-00155-02 SOM
"Stipulation to Continue Sentencing; Order"