ORIGINAL

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
RICARDO GONZALEZ (02)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

LODGED at 11 o'clock and 44 min. A M
SUE BEITIA, CLERK

APR 21 2006
3:25 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO GONZALEZ    (02),<br><br>Defendant. | CR. NO. 05-00155-02 SOM<br><br>STIPULATION TO CONTINUE<br>DEFENDANT RICARDO GONZALEZ'S<br>SENTENCING DATE, AND<br>ORDER<br><br><br>OLD SENTENCING<br>  DATE:    MARCH 30, 2006<br>           at 3:00 p.m.<br><br>NEW DATE: MAY 16, 2006,<br>           at 1:30 p.m.<br><br>JUDGE SUSAN OKI MOLLWAY |

**STIPULATION TO CONTINUE**
**DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE**

The UNITED STATES OF AMERICA and Defendant RICARDO GONZALEZ, by and through their respective attorneys, hereby stipulate and agree, and request that the Court approve, that the Sentencing Date previously set for March 30, 2006, at 3:00 p.m., before the Honorable SUSAN OKI MOLLWAY, be continued to Tuesday, May 16, 2006, at 1:30 p.m., for the reasons that defense counsel needs additional time to prepare a Sentencing Memorandum and to

otherwise adequately prepare for sentencing and any matters related thereto.

The Government has agreed to this continuance of the Defendant's Sentencing and has no objection to same.

DATED: Honolulu, Hawaii, APR 03 2006.

_____
JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)


_____
KENNETH M. SORENSON
Assistant U. S. Attorney


APPROVED AND SO ORDERED:

_____
SUSAN OKI MOLLWAY
Judge of the Above-Entitled Court


United States of America vs. Ricardo Gonzalez, Cr. No. 05-001255-02 SOM; STIPULATION TO CONTINUE DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE, AND ORDER