ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 26 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

MAY 25 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON   1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
 RICARDO GONZALEZ (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>RICARDO GONZALEZ   (02),<br><br>   Defendant. | CR. NO. 05-00155-02 SOM<br><br>STIPULATION TO CONTINUE<br>DEFENDANT RICARDO GONZALEZ'S<br>SENTENCING DATE, AND<br>ORDER<br><br><br>OLD SENTENCING<br>   DATE:    MAY 16, 2006<br>            at 1:30 p.m.<br><br>NEW DATE:  MAY 31, 2006,<br>            at 9:45 a.m.<br><br>JUDGE SUSAN OKI MOLLWAY |

**STIPULATION TO CONTINUE**
**DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE**

The UNITED STATES OF AMERICA and Defendant RICARDO GONZALEZ, by and through their respective attorneys, hereby stipulate and agree, and request that the Court approve, that the Sentencing Date previously set for May 16, 2006, at 1:30 p.m., before the Honorable SUSAN OKI MOLLWAY, be continued to Wednesday, May 31, 2006, at 9:45 a.m., for the reasons that defense counsel needs additional time to prepare a Sentencing Memorandum and to

SCANNED

otherwise adequately prepare for sentencing and any matters related thereto.

The Government has agreed to this continuance of the Defendant's Sentencing and has no objection to same.

DATED: Honolulu, Hawaii, _____MAY 17 2006_____.

_____
JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)

_____
KENNETH M. SORENSON
Assistant U. S. Attorney

APPROVED AND SO ORDERED:

_____
SUSAN OKI MOLLWAY
Judge of the Above-Entitled Court

United States of America vs. Ricardo Gonzalez, Cr. No. 05-001255-02 SOM; STIPULATION TO CONTINUE DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE, AND ORDER