**ORIGINAL**

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
RICARDO GONZALEZ (02)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 4 2006

LODGED at __o'clock and ___min.___M
SUE BEITIA, CLERK

JUL 13 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>RICARDO GONZALEZ     (02),<br><br>              Defendant. | CR. NO. 05-00155-02 SOM<br><br>STIPULATION TO CONTINUE<br>DEFENDANT RICARDO GONZALEZ'S<br>SENTENCING DATE, AND<br>ORDER<br><br><br>OLD SENTENCING<br>   DATE:   July 6, 2006<br>           at 3:45 p.m.<br><br>NEW DATE: August 7, 2006,<br>           at 2:15 p.m.<br><br>JUDGE SUSAN OKI MOLLWAY |

**STIPULATION TO CONTINUE**
**DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE**

The UNITED STATES OF AMERICA and Defendant RICARDO GONZALEZ, by and through their respective attorneys, hereby stipulate and agree, and request that the Court approve, that the Sentencing Date previously set for Thursday, July 6, 2006, at 3:45 p.m., before the Honorable SUSAN OKI MOLLWAY, be continued to Monday, August 7, 2006, at 2:15 p.m., for the reasons that defense counsel needs additional time to prepare a Sentencing Memorandum

and to otherwise adequately prepare for sentencing and any matters related thereto.

The Government has agreed to this continuance of the Defendant's Sentencing and has no objection to same.

DATED: Honolulu, Hawaii, _____JUL 0 3 2006_____.

_____
JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)

_____
KENNETH M. SORENSON
Assistant U. S. Attorney

APPROVED AND SO ORDERED:

_____
SUSAN OKI MOLLWAY
Judge of the Above-Entitled Court

United States of America vs. Ricardo Gonzalez, Cr. No. 05-001255-02 SOM; STIPULATION TO CONTINUE DEFENDANT RICARDO GONZALEZ'S SENTENCING DATE, AND ORDER

-2-