**ORIGINAL**

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON   1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
 RICARDO GONZALEZ (02)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 7 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00155-02 SOM |
| | ) | |
| Plaintiff, | ) | DEFENDANT RICARDO GONZALEZ'S |
| | ) | FIRST AMENDED SENTENCING |
| vs. | ) | STATEMENT; CERTIFICATE OF |
| | ) | SERVICE |
| RICARDO GONZALEZ   (02), | ) | |
| | ) | |
| Defendant. | ) | Sentencing |
| | ) |  Date:  August 7, 2006 |
| | ) |  Time:  2:15 p.m. |
| | ) |  Judge: Susan Oki Mollway |

**DEFENDANT RICARDO GONZALEZ'S
FIRST AMENDED SENTENCING STATEMENT**

Comes now Defendant RICARDO GONZALEZ, by and through his CJA court-appointed attorney, JERRY I. WILSON, and hereby objects to the PRESENTENCE INVESTIGATION REPORT prepared by U.S. Probation Officer Mona L. Godinet, for the reasons stated in DEFENDANT RICARDO GONZALEZ'S SENTENCING MEMORANDUM filed herewith on August 7, 2006.

DATED:  Honolulu, Hawaii, AUG 05 2006         .

_____
JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

> **KENNETH M. SORENSON**
> Assistant U.S. Attorney
> Room 6100, PJKK Federal Building
> 300 Ala Moana Boulevard, Box 50183
> Honolulu, Hawaii  96850
>
> Attorney for Plaintiff
>    UNITED STATES OF AMERICA
>
> **MONA L. GODINET**
> United States Probation Office
> PJKK Federal Building, Room 2-215
> 300 Ala Moana Boulevard,  Box 50111
> Honolulu, Hawaii  86850
>
> U.S. Probation Officer

DATED:  Honolulu, Hawaii, _____.

AUG 05 2006

_____
JERRY I. WILSON
Attorney for Defendant
RICARDO GONZALEZ (02)