# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00155SOM |
| CASE NAME: | USA vs. (02) Ricardo Gonzalez |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | 02 Jerry Wilson |
| | Anne Shimokawa (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/7/2006 | TIME: | 2:25 - 2:45 |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment -

Defendant (02) Ricardo Gonzalez present and in custody.

Discussion held re: objections to the PSR re: the issue of mitigating role.

Mr. Sorenson requests a continuance in order to confer with counsel, and to give counsel additional time to research this issue.

This hearing is continued to 8/14/06 @ 11:15 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.